IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **EARL MILLS,** | ) | Civil Action No. 7:05cv00525 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |
| | ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that respondent's motion to dismiss is **GRANTED**. This matter is **STRICKEN** from the active docket of the court.

Mills is advised he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all parties.

**ENTER**: This _9/m_ day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE